**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/15

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

TO ALL COUNSEL IN: *Hawk Technology Systems, Inc. v. New York City Health and Hospitals Corporation*
15 Civ. 6005 (CM)

*On-Net Surveillance Systems, Inc. v. Hawk Technology Systems, Inc.*,
15 Civ. 6653,

FROM: Judge McMahon

DATED: October 20, 2015

RE: Pending Litigation

CC: Judge Koeltl

Counsel:

    It has been suggested that these two cases may be related.

    Within 24 hours, counsel for Hawk Technology must advise me by letter whether the purported infringement by NYCHHC in this case involves an On-Net product, either Ocularis or some other product on On-Net's. If the answer is yes, then the declaratory judgment action will be reassigned to me (with Judge Koeltl's gracious assent). If the answer is no, the cases will remain as they are.

BY ECF TO ALL COUNSEL