

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

Gerald E. Singleton
Phone: (212) 356-2036
Fax: (212) 356-2038
E-mail: gsinglet@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/15

**MEMO ENDORSED**

October 21, 2015

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17C
New York, New York 10007

*[Handwritten endorsement: 10/20/15 Conference adjourned sine die — yesterday's order is STAYED because if this case settles, Koeltl will keep his case. Judge McMahon]*

Re: Hawk Technology Systems, LLC v. NYC Health and Hospitals Corp,
    Case No. 15-cv-6005(CM)

Dear Judge McMahon:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendant, New York City Health and Hospitals Corporation ("HHC"). I write to request that the initial pre-trial conference presently scheduled for Friday, October 23, 2015, at 9:45 A.M. (Docket No. 11), be adjourned in order to give the parties time to finalize a settlement that was reached this week. This is the first request to adjourn the initial pre-trial conference. Plaintiff's counsel consents to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/ Gerald E. Singleton*
Gerald E. Singleton (GS4750)

Hon. Colleen McMahon
October 21, 2015

cc: <u>Via ECF</u>
Jacqueline M. James, Esq.
The James Law Firm
Attorney for Plaintiff
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
Tel: 914-358-6423
email: jjameslaw@optonline.net

<u>Via Email</u>
Angela M. Lipscomb, Esq.
Lipscomb, Eisenberg & Baker, PL
2 South Biscayne Boulevard
Penthouse 3800
Miami, Florida 33131
Tel: 786-461-2228
email: ALipscomb@lebfirm.com